| | |
|---|---|
| 1 | WILDE & ASSOCIATES |
| 2 | Gregory L. Wilde, Esq. |
|   | Nevada Bar No. 004417 |
| 3 | 208 South Jones Boulevard |
|   | Las Vegas, Nevada 89107 |
| 4 | Telephone: 702 258-8200 |
|   | Fax: 702 258-8787 |
| 5 | |
| 6 | Litton Loan Servicing |
|   | 09-75787 |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | 09-15524-bam |
| --- | --- |
| | Date: |
| James A. Gibson and Kathi Thomas-Gibson | Time: |
| | |
| | Chapter 13 |
| Debtors | |

## DECLARATION REGARDING LOAN MODIFCATION STATUS

THE UNDERSIGNED DECLARES AND STATES:

1) I am employed as the ~~BANKRUPTCY SPECIALIST~~ with the Secured Creditor.

2) Litton Loan Servicing has been contracted to handle the loan modification for Litton Loan Servicing.

3) As of April 27th, The Secured Creditor is currently not reviewing the Debtors loan for a Loan Modification.

...
...
...
...

I declare under penalty of perjury that the foregoing is true and correct.

BY: TIEASHA ALLEN

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on the April 27, 2010.

Notary Public



DANIELLA MARIE GARRETT
Notary Public
STATE OF TEXAS
My Comm. Exp. 06/18/2013

| | |
|---|---|
| **WILDE & ASSOCIATES**<br>Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417<br>208 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>Telephone: 702 258-8200<br>bk@wildelaw.com<br>Fax: 702 258-8787<br>and<br>MARK S. BOSCO, ESQ.<br>Arizona Bar No. 010167<br>TIFFANY & BOSCO, P.A.<br>2525 East Camelback Road, Suite 300<br>Phoenix, Arizona 85016<br>Telephone: (602) 255-6000 | Electronically Filed on _____ |

Litton Loan Servicing
**09-75787**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>James A. Gibson and Kathi Thomas-Gibson<br><br>_____<br>Debtors | 09-15524-bam<br>  Date:<br>  Time:<br><br>Chapter 13 |

### CERTIFICATE OF MAILING

1. On **May 14, 2010** I served the following documents(s):

    DECLARATION IN SUPPORT OF THE MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

    X   a. ECF System

        David Krieger
        dkrieger@hainesandkrieger.com
        Attorney for Debtors

Kathleen A Leavitt
courtsecf3@las13.com
Trustee

X  b. **United States mail, postage fully prepaid:**

David Krieger
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtors

Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV  89101
Trustee

James A. Gibson and Kathi Thomas-Gibson
5638 Wedgefield St.
North Las Vegas, NV  89081
Debtors

Americas Servicing
Attn: Managing Agent
7485 New Horizon Way
Frederick, MD 21703
"Via Certified Mail"

California Franchise Tax Board
Attn: Managing Agent
P.O. Box 942867
Sacramento, CA 94240

Autumn Crest HOA
Property Management Consultants, Inc
11717 Bernardo Plaza Ct #220
San Diego, CA 92128

IRS
Attention: Managing Agent
110 City Parkway, MS 5028
Las Vegas, NV  89106

☐  **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐ 1.  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐ 2.  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 14th day of May, 2010.

By: *Jammie Miller* (signature)