Entered on Docket
June 21, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Litton Loan Servicing
09-75787

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-15524-bam |
| James A. Gibson and Kathi Thomas-Gibson | Date: 6/8/10<br>Time: 1:30pm |
| Debtor(s). | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1 | Secured Creditor Litton Loan Servicing, its assignees and/or successors in interest, of the subject
2 | property, generally described as 5638 Wedgefield Street, North Las Vegas, NV 89081
3 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the event a Notice of
4 | Default was recorded against this particular property prior Secured Creditor must record a new Notice
5 | of Default prior to proceeding with an foreclosure action or sale.
6 |
7 | //
8 | //
9 | //
10 | //
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | ///
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 |

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor

2  hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the

3  Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend

4  its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the

5  foreclosure sale.

6  DATED this 11th day of June, 2010.

7

8  Submitted by:
   **WILDE & ASSOCIATES**

9

10 By /s/ [signature] #10099
   GREGORY L. WILDE, ESQ.
11 Attorney for Secured Creditor
   208 South Jones Boulevard
12 Las Vegas, Nevada 89107

13
   APPROVED / DISAPPROVED
14

15 _____
   David Krieger
16 1020 Garces, Suite 100
   Las Vegas, NV 89101
17 Attorney for Debtor(s)

18

19

20

21 APPROVED / DISAPPROVED

22 _____
   Kathleen A Leavitt
23 201 Las Vegas Blvd., So. #200
   Las Vegas, NV 89101
24 Chapter 13 Trustee

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor